UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN MILLER,

    Plaintiff,

File no: 1:23-cv-1305

v.

HON. ROBERT J. JONKER

GM FINANCIAL,

    Defendant.
_____/

**ORDER APPROVING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 21, 2024 (ECF No. 3). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 3) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:  January 16, 2024              /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE